

**Ice Miller**
LEGAL COUNSEL

One American Square | Suite 2900 | Indianapolis, IN 46282-0200

April 28, 2017

WRITER'S DIRECT NUMBER: (317) 236-2236
DIRECT FAX: (317) 592-4809
EMAIL: Jeff.Hokanson@icemiller.com

**By Certified Mail Return Receipt Requested**
#7014 0150 0001 0912 6768

Whirlpool Corporation
c/o Stephen B. Grow, Esq.
Warner Norcross & Judd LLP
900 Fifth Third Center
111 Lyon Street NW
Grand Rapids, MI 49503-2487

RE: *In re hhgregg, Inc., et al.*, Debtors and Debtors in Possession
U.S. Bankruptcy Court
Southern District of Indiana, Indianapolis Division
Case No.: 17-01302-RLM-11

Dear Mr. Grow:

We represent hhgregg, Inc. and its related companies (together, the "Company") in a chapter 11 bankruptcy case pending in the U.S. Bankruptcy Court for the Southern District of Indiana, Indianapolis Division.

According to the Company's book and records, Whirlpool Corporation is indebted to the Company in an approximate amount of $4,812,562.00 (the "Credit"). The Credit is net of all purchases and other charges properly applied to or set off against the Credit.

Demand is hereby made for payment to the Company of the Credit within ten (10) days from the date of this letter. Please immediately contact Mr. Kevin Kovacs at the Company, (317) 569-7517 kevin.kovacs@hhgregg.com, at the Company to make arrangements for payment of the Credit by ACH or wire transfer. If you prefer, you may remit a cashier's or certified check, made payable to: **HHGREGG, INC., DEBTOR IN POSSESSION**, and deliver it to me at the address below.

Very truly yours,

ICE MILLER LLP

*[signature]*

Jeff Hokanson

Ice Miller LLP | Chicago  Cleveland  Columbus  DuPage County, Ill.  Indianapolis  New York  Washington, D.C. | **icemiller.com**