**SO ORDERED: December 4, 2017.**



_____
**Jeffrey J. Graham
United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| HHGREGG, INC. et al.[1], | ) | Case 17-01302-JJG-11 |
| | ) | (Jointly Administered) |
| Debtor. | ) | |
| _____ | ) | |
| WHIRLPOOL CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Adv. Pro. No. 17-50104 |
| | ) | |
| HHGREGG, INC., | ) | |
| GREGG APPLIANCES, INC., | ) | |
| HHG DISTRIBUTION, LLC, | ) | |
| WELLS FARGO BANK, N.A., | ) | |
| GACP FINANCE CO., LLC, | ) | |
| HILCO MERCANTS | ) | |
|  RESOURCES, LLC, and | ) | |
| GORDON BROTHERS RETAIL | ) | |

---

[1] The Debtors in these cases, long with the last four digits of each Debtor's federal tax identification number, are: hhgregg, Inc. (0538); Gregg Appliances, Inc. (9508) and HHG Distributing LLC (5785).

| | |
|---|---|
| PARTNERS, LLC., | ) |
| | ) |
| Defendants. | ) |

## JUDGMENT

Consistent with the Court's *Order Granting Wells Fargo Bank's [Deemed] Motion for Summary Judgment*, entered contemporaneously herewith, the Court hereby enters judgment in favor of Wells Fargo and GACP Finance Co., LLC and against Whirlpool Corporation on Whirlpool Corporation's *Verified Complaint for Declaratory and Other Relief.* The Court hereby deems this Judgment to be final, as there is no just reason for delay.

###