UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| hhgregg, Inc., et al | ) | Case No. 17-01302-11 |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| _____ | ) | |
| | ) | |
| Whirlpool Corporation, | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | Adversary Proc. No.: 17-50104 |
| | ) | |
| hhgregg, Inc., Gregg Appliances, Inc., | ) | |
| HHG Distributing LLC, Wells Fargo | ) | |
| Bank, N.A., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## AGREED MOTION TO CONSOLIDATE ADVERSARY PROCEEDINGS

Plaintiff, Whirlpool Corporation ("Whirlpool"), defendants, hhgregg, Inc. Gregg Appliances, Inc., HHG Distributing LLC, and Wells Fargo Bank, N.A. (collectively, "Defendants"), and the Official Committee of Unsecured Creditors (the "Committee"), for their *Agreed Motion to Consolidate Adversary Proceedings* states as follows:

1. On April 6, 2017, Whirlpool filed its *Verified Complaint for Declaratory and Other Relief* (Doc. No. 1) (the "Whirlpool Action").

2. On November 17, 2017, the Official Committee of Unsecured Creditors that was appointed in the Debtors' underlying bankruptcy case filed its *Complaint to Avoid and Recover Transfer Pursuant to 11 U.S.C. §§ 547, 548, 549, and 550 and to Disallow Claims Pursuant to 11 U.S.C. § 502* (Adv. Proc. No. 17-50309, Doc. No. 1) (the "Committee Action").

3. Pursuant to Fed. R. Civ. Proc. 42(a) made applicable to this proceeding by Fed. R. Bankr. P. 7042, the Court may consolidate actions that involve common questions of law or fact.

4. Both this Whirlpool Action and the Committee Action involve common questions of both law and facts.

5. Accordingly, for the efficient resolution of all matters between the parties, the parties to both the Whirlpool Action and the Committee Action are requesting that the two adversaries be consolidated for all purposes and that they both proceed under this Adv. Proc. No. 17-50104.

6. The parties further propose that the following caption be used to account for the addition of the Committee as a Party to this adversary proceeding:

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| hhgregg, Inc., et al | ) | Case No. 17-01302-11 |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| _____ | ) | |
| | ) | |
| Whirlpool Corporation, | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | Adversary Proc. No.: 17-50104 |
| | ) | |
| hhgregg, Inc., Gregg Appliances, Inc., | ) | |
| HHG Distributing LLC, Wells Fargo | ) | |
| Bank, N.A., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |
| | ) | |
| hhgregg, Inc., Gregg Appliances, Inc., | ) | |

| | |
|---|---|
| HHG Distributing LLC, Official Committee of Unsecured Creditors of Gregg Appliances, Inc., | )<br>)<br>) |
| Counter-Plaintiffs, | )<br>)<br>) |
| vs. | )<br>) |
| Whirlpool Corporation | )<br>) |
| Counter-Defendant. | ) |

7. Finally, the parties request that the Committee have thirty (30) days from the entry of the Order on this Motion to amend the counterclaim and file supplemental exhibits thereto. Whirlpool would then file its response to any such amendment within the time provided by Fed. R. Civ. P. 15(a)(3).

WHEREFORE, the parties respectfully request that the Whirlpool Action and the Committee Action be consolidated in this adversary proceeding for all purposes and all other just and proper relief.

Respectfully submitted,

/s/ Sarah L. Fowler
**ICE MILLER LLP**
Jeffrey A. Hokanson (Ind. Atty. No. 14579-49)
Sarah L. Fowler (Ind. Atty. No. 30621-49)
One American Square, Suite 2900
Indianapolis, IN 46282-0200
Telephone: (317) 236-2100
Jeff.Hokanson@icemiller.com
Sarah.Fowler@icemiller.com

*Counsel to the Debtors and Debtors in Possession*

/s/ Joseph L. Seinfeld, Jr.
**ASK LLP**
Joseph L. Steinfeld, Jr., Esq., MN SBN 0266292
*(Admitted Pro Hac Vice)*
Gary D. Underdahl, Esq. MN SBN 0301693
*(Admitted Pro Hac Vice)*
2600 Eagan Woods Drive, Suite 400
St. Paul, MN  55121
Telephone: (651) 289-3850
Fax: (651) 406-9676
jsteinfeld@askllp.com
gunderdahl@askllp.com

*Counsel to the Official Committee of Unsecured Creditors of Gregg Appliances, Inc.*


/s/ Stephen B. Grow
**WARNER NORCROSS & JUDD LLP**
Stephen B. Grow (P39622)
*(Admitted Pro Hac Vice)*
111 Lyon Street, NW, Suite 900
Grand Rapids, MI 49503
Telephone: (616) 752-2418
Fax: (616) 752
Sgrow@wnj.com
Jramsey@wnj.com
Mazzi@wnj.com

*Counsel to Whirlpool Corporation*