# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

| | |
|---|---|
| In re:<br><br>hhgregg, Inc., *et al.*,[1]<br><br>                 Debtors. | Chapter 11<br><br>Case No. 17-01302-JJG-11<br>(Jointly Administered) |
| Whirlpool Corporation,<br>                 Plaintiff,<br><br>    v.<br><br>hhgregg, Inc.; Gregg Appliances, Inc.; HHG Distributing LLC; Wells Fargo Bank, National Association; GACP Finance Co., LLC; Hilco Merchant Resources, LLC; and Gordon Brothers Retail Partners, LLC,<br><br>                 Defendants. | Adversary Proceeding No. 17-50104 |

## MOTION FOR LEAVE TO WITHDRAW APPEARANCE OF SARAH L. FOWLER

Sarah L. Fowler of Ice Miller LLP respectfully requests leave of Court to withdraw her Appearance on behalf of debtors hhgregg, Inc.; Gregg Appliances, Inc.; and HHG Distributing LLC (collectively, the "Debtors"), and in support of this Motion states that the Debtors will continue to be represented in this action by attorneys Jeffrey Hokanson and Adam Arceneaux of Ice Miller LLP.

WHEREFORE, Sarah L. Fowler respectfully requests leave of Court to withdraw her Appearance on behalf of the Debtors, and for all other appropriate relief.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: hhgregg, Inc. (0538); Gregg Appliances, Inc. (9508); and HHG Distributing LLC (5875).

Respectfully submitted,

ICE MILLER, LLP

By: /s/ Sarah L. Fowler
    Sarah L. Fowler, Atty. No. 30621-49
    One American Square, Suite 2900
    Indianapolis, Indiana 46282-0200
    (317) 236-2120 Telephone
    (317) 592-4257 Facsimile
    Sarah.Fowler@icemiller.com

*Attorneys for the Debtors*

## CERTIFICATE OF SERVICE

    I hereby certify that on June 21, 2018, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

    I further certify that on June 21, 2018, a copy of the foregoing was mailed by first-class U.S. Mail, postage prepaid and properly addressed, to the following:

N/A

    /s/ Sarah L. Fowler
    Sarah L. Fowler