UNITED STATES BANKRUPTCY COURT
Southern District of Indiana
46 E. Ohio St., Rm. 116
Indianapolis, IN 46204

SF00200 (rev 06/2017)

In re:

**hhgregg, Inc.**,
**Gregg Appliances, Inc.**,
**HHG Distributing LLC**,
    Debtors.

**Whirlpool Corporation**,
    Plaintiff,
 vs.
**hhgregg, Inc.**,
**Gregg Appliances, Inc.**,
**HHG Distributing LLC**,
et al.,
    Counterclaimants, Defendants,
 vs.
**Whirlpool Corporation**,
    Counter Defendant.

Case No. **17–01302–JJG–11**

Adv. Proc. No. **17–50104**

## NOTICE OF HEARING

A Motion Pursuant to Fed.R.Bankr.P. 7042 was filed on July 17, 2018, by Plaintiff Whirlpool Corporation and Counter Defendant Whirlpool Corporation. The Court, after reviewing this document, determines that a hearing is required.

**NOTICE IS GIVEN** that a hearing will be held as follows:

    Date: August 21, 2018
    Time: 09:30 AM EDT
    Place: 877–848–7030; access code 8891756

Objections are due **5 days** prior to hearing.

Motions for continuance must be filed no later than **7 days** prior to the hearing. Motions for continuance filed less than **7 days** prior to the hearing will be granted **only** upon a showing of good cause. Every motion for continuance must indicate whether opposing counsel objects to the continuance or what efforts were made to contact opposing counsel regarding the request for continuance.

Any referenced document can be found at pacer.insb.uscourts.gov or may be requested from the filing party.

Dated: July 26, 2018

    Kevin P. Dempsey
    Clerk, U.S. Bankruptcy Court