# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| HHGREGG, INC., et al. | ) | Case No. 17-01302-JJG-11 |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| _____ | ) | |
| | ) | |
| WHIRLPOOL CORPORATION, | ) | Adversary Proc. No.: 17-50104 |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | |
| | ) | |
| HHGREGG, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## MOTION TO ADJOURN HEARING ON PLAINTIFF'S
## MOTION TO CONSOLIDATE ADVERSARY PROCEEDINGS

Defendants hhgregg, Inc., Gregg Appliances, Inc., and HHG Distributing, LLC (the "Debtors") hereby move the Court for an order adjourning the hearing on Plaintiff Whirlpool Corporation's Motion to Consolidate Adversary Proceedings for a period of 90 days. In support of this motion, Debtors state as follows:

1. On July 17, 2018, Plaintiff Whirlpool Corporation filed a Motion to Consolidate Adversary Proceedings (the "Motion").

2. A telephonic hearing on the Motion is currently set for August 21, 2018 at 9:30 a.m.

3. Plaintiff and Debtors are actively engaged in settlement discussions.

4. To accommodate same, Debtors now seek an order from the Court adjourning the hearing on the Motion and associated response deadline for 90 days.

5. Debtor has contacted Plaintiff regarding this request, and Plaintiff has consented to a 90 day adjournment of the hearing on its Motion.

Wherefore, Debtors respectfully request the Court enter an order adjourning the hearing on the Motion for a period of 90 days.

    Respectfully submitted,

    /s/ Jeffrey A. Hokanson
    **ICE MILLER LLP**
    Jeffrey A. Hokanson
    Adam Arceneaux
    One American Square, Suite 2900
    Indianapolis, IN  46282-0200

    **MORGAN, LEWIS & BOCKIUS LLP**
    Andrew J. Gallo
    Neil E. Herman
    One Federal Street
    Boston, MA 02110

    *Counsel to Defendants hhgregg, Inc., Gregg Appliances, Inc., and HHG Distributing LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on August 13, 2018, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

**Adam Arceneaux**   adam.arceneaux@icemiller.com, michelle.mosgrove@icemiller.com
**David E Avraham**   david.avraham@dlapiper.com
**Robert Michael Azzi**   mazzi@wnj.com, bpowers@wnj.com
**Stuart M Brown**   stuart.brown@dlapiper.com, Carolyn.fox@dlapiper.com;stuart-brown-7332@ecf.pacerpro.com;sherry.faulkner@dlapiper.com
**Mark D. Cahill**   mcahill@choate.com
**Joshua W. Casselman**   jcasselman@rubin-levin.net, angie@rubin-levin.net;atty_jcasselman@bluestylus.com
**Andrew Joseph Gallo**   andrew.gallo@morganlewis.com
**Stephen B. Grow**   sgrow@wnj.com, bpowers@wnj.com
**Terry E. Hall**   terry.hall@faegrebd.com, sharon.korn@faegrebd.com
**Neil E. Herman**   neil.herman@morganlewis.com
**Jeffrey A Hokanson**   jeff.hokanson@icemiller.com, Kathy.peed@icemiller.com
**Jay Jaffe**   jay.jaffe@faegrebd.com, noticeFRindy@faegrebd.com
**Sean Monahan**   smonahan@choate.com
**Janet L. Ramsey**   jramsey@wnj.com, rkiefer@wnj.com
**James E Rossow**   jim@rubin-levin.net, ATTY_JER@trustesolutions.com;robin@rubin-levin.net;lisa@rubin-levin.net
**Jeffrey Scott Torosian**   jeffrey.torosian@dlapiper.com
**U.S. Trustee**   ustpregion10.in.ecf@usdoj.gov
**John Ventola**   jventola@choate.com

/s/ *Jeffrey A. Hokanson*
Jeffrey A. Hokanson