# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF Southern Indiana

# Minute Entry/Order

## *Hearing Information:*

|  |  |
|---|---|
| **Debtor:** | HHGREGG, INC. |
| **Case Number:** | 17-01302-JJG-11        **Chapter:** 11 |
| **Date / Time / Room:** | TUESDAY, AUGUST 21, 2018 09:30 AM   IP 311 |
| **Bankruptcy Judge:** | JEFFREY J. GRAHAM |
| **Courtroom Clerk:** |  |
| **Reporter / ECR:** | N/A |

## *Matter:*

ADV: 1-17-50104

**Whirlpool Corporation vs hhgregg, Inc.**

Telephonic Hearing re: Plainitff's Motion To Consolidate Adversary Proceedings and any tiimely Objections thereto [78]

**R / M #:**    0 / 0

**VACATED:**   Order entered 8/15/18 Granting Defendants Gregg Appliances, Inc., HHG Distributing LLC, hhgregg, Inc.'s Motion to Continue Hearing.

## *Appearances:*

NONE

## *Proceedings:*

VACATED: Order entered 8/15/18 Granting Defendants Gregg Appliances, Inc., HHG Distributing LLC, hhgregg, Inc.'s Motion to Continue Hearing.

**IF COUNSEL HAS BEEN DIRECTED BY THE COURT TO SUBMIT AN ORDER BASED ON THE COURT'S RULING OR THE PARTIES' AGREEMENT, THEN NO FURTHER NOTICE OR REMINDER WILL BE ISSUED.  THE COURT WILL NOT KEEP A CASE OPEN SOLELY BECAUSE THE ORDER WAS NOT SUBMITTED WITHIN THE TIME PERIOD DIRECTED BY THE COURT.  IN SUCH INSTANCE, A REOPENING FEE WILL APPLY.**