# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| HHGREGG, INC., et al. | ) | Case No. 17-01302-JJG-11 |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| _____ | ) | |
| | ) | |
| WHIRLPOOL CORPORATION, | ) | Adversary Proc. No.: 17-50104 |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | |
| | ) | |
| HHGREGG, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## SECOND MOTION TO CONTINUE HEARING ON PLAINTIFF'S MOTION TO CONSOLIDATE ADVERSARY PROCEEDINGS

Defendants hhgregg, Inc., Gregg Appliances, Inc., and HHG Distributing, LLC (the "Debtors") hereby move the Court for an order continuing the hearing on Plaintiff Whirlpool Corporation's Motion to Consolidate Adversary Proceedings for a period of 60 days. In support of this motion, Debtors state as follows:

1. On July 17, 2018, Plaintiff Whirlpool Corporation filed a Motion to Consolidate Adversary Proceedings (the "Motion").

2. A telephonic hearing on the Motion was previously set for August 21, 2018.

3. On August 15, 2018, the Court granted the Debtors' first request for a continuance and continued the hearing to November 20, 2018 at 10:00 a.m.

4. Plaintiff and Debtors continue to be actively engaged in settlement discussions.

5. To accommodate same, Debtors now seek an order from the Court continuing the hearing on the Motion and the associated response deadline for an additional 60 days.

6. Debtor has contacted Plaintiff regarding this request and Plaintiff has consented to a 60 day continuance of the hearing on its Motion.

Accordingly, Debtors respectfully request the Court enter an order continuing the hearing on the Motion for a period of 60 days.

> Respectfully submitted,
>
> /s/ Jeffrey A. Hokanson
> **ICE MILLER LLP**
> Jeffrey A. Hokanson
> Adam Arceneaux
> One American Square, Suite 2900
> Indianapolis, IN  46282-0200
>
> **MORGAN, LEWIS & BOCKIUS LLP**
> Andrew J. Gallo
> Neil E. Herman
> One Federal Street
> Boston, MA 02110
>
> *Counsel to Defendants hhgregg, Inc., Gregg Appliances, Inc., and HHG Distributing LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 6, 2018, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System.  Parties may access this filing through the Court's system.

**Adam Arceneaux**   adam.arceneaux@icemiller.com, michelle.mosgrove@icemiller.com
**David E Avraham**   david.avraham@dlapiper.com
**Robert Michael Azzi**   mazzi@wnj.com, bpowers@wnj.com
**Stuart M Brown**   stuart.brown@dlapiper.com, Carolyn.fox@dlapiper.com;stuart-brown-7332@ecf.pacerpro.com;sherry.faulkner@dlapiper.com
**Mark D. Cahill**   mcahill@choate.com
**Joshua W. Casselman**   jcasselman@rubin-levin.net, angie@rubin-levin.net;atty_jcasselman@bluestylus.com
**Andrew Joseph Gallo**   andrew.gallo@morganlewis.com
**Stephen B. Grow**   sgrow@wnj.com, bpowers@wnj.com
**Terry E. Hall**   terry.hall@faegrebd.com, sharon.korn@faegrebd.com
**Neil E. Herman**   neil.herman@morganlewis.com
**Jeffrey A Hokanson**   jeff.hokanson@icemiller.com, Kathy.peed@icemiller.com
**Jay Jaffe**   jay.jaffe@faegrebd.com, noticeFRindy@faegrebd.com
**Sean Monahan**   smonahan@choate.com
**Janet L. Ramsey**   jramsey@wnj.com, rkiefer@wnj.com
**James E Rossow**   jim@rubin-levin.net, ATTY_JER@trustesolutions.com;robin@rubin-levin.net;lisa@rubin-levin.net
**Jeffrey Scott Torosian**   jeffrey.torosian@dlapiper.com
**U.S. Trustee**   ustpregion10.in.ecf@usdoj.gov
**John Ventola**   jventola@choate.com

/s/ *Jeffrey A. Hokanson*
Jeffrey A. Hokanson