## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| In re: ) | | Chapter 11 |
| ) | | |
| HHGREGG, INC., et al. ) | | Case No. 17-01302-JJG-11 |
| ) | | |
| Debtors. ) | | (Jointly Administered) |
| _____ ) | | |
| ) | | |
| WHIRLPOOL CORPORATION, ) | | Adversary Proc. No. 17-50104 |
| ) | | |
| Plaintiff, ) | | |
| vs. ) | | |
| ) | | |
| HHGREGG, INC., et al., ) | | |
| ) | | |
| Defendants. ) | | |
| ) | | |

### FOURTH MOTION TO CONTINUE HEARING ON PLAINTIFF'S MOTION TO CONSOLIDATE ADVERSARY PROCEEDINGS

Defendants, hhgregg, Inc., Gregg Appliances, Inc., and HHG Distributing, LLC, by counsel, for their motion, state:

1. On July 17, 2018, Plaintiff, Whirlpool Corporation, filed a Motion to Consolidate Adversary Proceedings (the "Motion").

2. A telephonic hearing on the Motion was originally scheduled for August 21, 2018.

3. On prior motions of Defendants and with Plaintiff's consent, the Court has continued the hearing on the Motion on several occasions. The current setting for hearing on the Motion is March 18, 2019 at 10:00 am EDT, with objections to the Motion to be filed by March 1, 2019. [See: Docket 90].

4. The parties in the companion case, adversary proceeding no. 17-50309, requested and received corresponding continuances from the Court.

5. The parties continue to be actively engaged in settlement discussions led by Jillisa Brittan, a Circuit Mediator for the U.S. Court of Appeals for the Seventh Circuit.

6. To accommodate settlement efforts, Defendants request an order from the Court continuing the hearing on the Motion and extending the associated response deadline for an additional ninety (90) days.

7. Debtor has contacted counsel for Plaintiff and Plaintiff consents to the relief requested herein.

Accordingly, Defendants respectfully request that the Court enter an order continuing the hearing on the Motion for a period of ninety (90) days and extending the date by which objections to the Motion are due to be filed by a commensurate period, and for all other relief just and proper in the premises.

Respectfully submitted,

/s/ Jeffrey A. Hokanson
**ICE MILLER LLP**
Jeffrey A. Hokanson
One American Square, Suite 2900
Indianapolis, IN  46282-0200
(317) 236-2236
jeff.hokanson@icemiller.com

**MORGAN, LEWIS & BOCKIUS LLP**
Andrew J. Gallo
One Federal Street
Boston, MA 02110

*Counsel to Defendants hhgregg, Inc., Gregg Appliances, Inc., and HHG Distributing LLC*

2

## **CERTIFICATE OF SERVICE**

  I hereby certify that on February 26, 2019, a copy of the foregoing was filed and all parties appearing were served electronically via the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

            /s/ Jeffery A. Hokanson
            Jeffrey A. Hokanson