**SO ORDERED: June 27, 2019.**



_____
Jeffrey J. Graham
United States Bankruptcy Judge

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| HHGREGG, INC., et al.,[1] | ) | Case No. 17-01302-JJG-11 |
| | ) | Jointly Administered) |
| | ) | |
| Debtors. | ) | |
| _____ | ) | |
| WHIRLPOOL CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Adv. Pro. No. 17-50104 |
| | ) | |
| HHGREGG, INC., | ) | |
| GREGG APPLIANCES, INC., | ) | |
| HHG DISTRIBUTING, LLC, et al., | ) | |
| | ) | |
| Defendants, Counterclaimants, | ) | |
| vs. | ) | |
| | ) | |
| WHIRLPOOL CORPORATION, | ) | |
| | ) | |
| Counter Defendant. | ) | |

**ORDER GRANTING DEFENDANTS' FIFTH MOTION TO CONTINUE (TELEPHONIC) HEARING ON PLAINTIFF'S MOTION TO CONSOLIDATE ADVERSARY PROCEEDINGS**

This matter comes before the Court on the *Fifth Motion To Continue Hearing on Plaintiff's Motion To Consolidate Adversary Proceedings* (the "Motion") filed on

_____

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: hhgregg, Inc. (0538); Gregg Appliances, Inc. (9508); and HHG Distributing LLC (5875).

1

June 25, 2019, by Defendants, hhgregg, Inc., Gregg Appliances, Inc., and HHG Distributing, LLC., by counsel.  The aforementioned Defendants are seeking a continuance of the telephonic hearing on Plaintiff, Whirlpool Corporation's Motion to Consolidate Adversary Proceedings currently scheduled on July 8, at 10:00 a.m. (prevailing Eastern time).  The Court, having reviewed the Motion finds that good cause exists and GRANTS said Motion rescheduling the telephonic hearing on Plaintiff, Whirlpool Corporation's Motion to Consolidate Adversary Proceedings to **September 9, 2019 at 10:00 a.m. (prevailing Eastern time).**  Parties are directed to dial **877-848-7030 using access code 8891756**.

Additionally, **Objections are due on or before September 3, 2019.**

Motions for continuance must be filed as soon as cause for a continuance is discovered. The motion shall denominate whether it is the first, second, third, etc. motion for continuance. Every motion for continuance shall state whether opposing counsel objects to the continuance, or shall state what reasonable efforts were made to contact opposing counsel to make such an inquiry.

###